UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Christopher Greene, | ) | C/A No. 5:16-cv-00587-JMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Bryan P. Stirling; | ) | |
| Jerry B. Adger; | ) | |
| Cecilia Reynolds; | ) | |
| Angelica Brown; | ) | |
| Vivian McCall; | ) | |
| Tonia Washington; | ) | |
| Tonya Nelson; | ) | |
| Sophia Richardson; | ) | |
| Sara Adger; | ) | |
| Ms. Smith, and | ) | |
| Jason Summers, | ) | |
| | ) | |
| Defendants. | ) | |

This is a civil action filed by a state prisoner appearing *in forma pauperis*. ECF No. 10. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Order dated March 10, 2016, Plaintiff was given a specific time frame in which to bring this case into proper form. ECF No. 9. Plaintiff has complied with the court's Order, and this case is now in proper form.

TO THE CLERK OF COURT:

This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. § 1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

April 14, 2016  Kaymani D. West
Florence, South Carolina  United States Magistrate Judge